UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST, *et al.*,

    Plaintiffs,

v.

SHAMP ELECTRICAL CONTRACTING, INC.,

    Defendant,

v.

JMG CONSTRUCTORS, LLC,

    Garnishee.

Case No. MC18-0083RSL

ORDER TO ISSUE WRIT OF GARNISHMENT

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Shamp Electrical Contracting, Inc., has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, JMG Constructors, LLC. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiff's counsel on August 23, 2018, at Dkt. # 1-3.

Dated this 29th day of August, 2018.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT